IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD W. BLAKE,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>NELSON CASTRO, et al.,<br><br>　　　　Defendants.<br>_____/ | CASE NO. 1:13-cv-00081-SKO (PC)<br><br>ORDER REQUIRING PLAINTIFF TO PAY $350.00 FILING FEE IN FULL OR FILE AN APPLICATION TO PROCEED IN FORMA PAUPERIS WITHIN THIRTY DAYS |

　　　　Plaintiff, a state prisoner proceeding pro se, filed this civil action on January 16, 2013. Plaintiff neither paid the $350.00 filing fee nor filed an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Accordingly, it is HEREBY ORDERED that:

　　　　Within **thirty (30) days** from the date of service of this order, plaintiff shall either pay the $350.00 filing fee in full or file the attached application to proceed in forma pauperis, completed and signed. **No requests for extension will be granted without a showing of good cause**. **Failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

**Dated:**　　February 5, 2013　　　　　　　　/s/ Sheila K. Oberto
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE