1
2
3
4
5
6
7
8                           IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   HAROLD W. BLAKE,                            CASE NO. 1:13-cv-00081-SKO (PC)

12            Plaintiff,                         ORDER STRIKING UNSIGNED NOTICE OF
                                                 VOLUNTARY DISMISSAL AND
13        vs.                                    GRANTING PLAINTIFF THIRTY DAYS
                                                 WITHIN WHICH TO FILE SIGNED NOTICE
14   NELSON CASTRO, et al.,
                                                 (Doc. 5)
15            Defendants.
     _____/
16

17        Plaintiff Harold W. Blake, a state prisoner proceeding pro se, filed this civil action on

18   January 16, 2013.  On February 27, 2013, Plaintiff filed an application to proceed in forma pauperis

19   in compliance with the order filed on February 5, 2013, and a notice of voluntary dismissal.

20   However, the notice of voluntary dismissal was not signed and therefore, it cannot be considered by

21   the Court.

22        As it appears Plaintiff does not wish to pursue this action at this time, the Court will grant

23   Plaintiff thirty days within which to file a signed notice of voluntary dismissal.  If Plaintiff fails to do

24   so, the Court will assume he wishes to proceed and it will grant his application for leave to proceed

25   in forma pauperis, for which Plaintiff will be required to pay the $350.00 fee from his prison trust

26   account as funds are available.  28 U.S.C. § 1915.

27   ///

28   ///

                                                -1-

Accordingly, it is HEREBY ORDERED that:

1.    Plaintiff's unsigned notice of voluntary dismissal is STRICKEN from the record;

2.    Plaintiff has **thirty (30) days** from the date of service of this order within which to file a signed notice of voluntary dismissal; and

3.    If Plaintiff fails to file a signed notice of voluntary dismissal within thirty days, the Court will grant his application to proceed in forma pauperis.

IT IS SO ORDERED.

**Dated:    February 28, 2013                              /s/ Sheila K. Oberto**
                                                    UNITED STATES MAGISTRATE JUDGE