# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD W. BLAKE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NELSON CASTRO, et al.,<br><br>　　　　Defendants.<br>_____/ | Case No. 1:13-cv-00081-AWI-SKO PC<br><br>ORDER DENYING MOTION TO COMPEL PRODUCTION OF DOCUMENTS<br><br>(Doc. 15) |

Plaintiff Harold W. Blake, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983 on January 16, 2013. On October 30, 2013, Plaintiff filed a motion to compel the production of documents.

Plaintiff is not entitled to the relief requested. The Court lacks subject matter jurisdiction over Plaintiff's claim, as set forth in the Findings and Recommendations filed on October 9, 2013, and even if that were not the case, discovery would be premature at this juncture. (Doc. 2, ¶8; Doc. 13.) Accordingly, Plaintiff's motion is HEREBY DENIED.

IT IS SO ORDERED.

　Dated:　**November 4, 2013**　　　　　　　**/s/ Sheila K. Oberto**
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE